## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| High Plains Fair Housing Center, Inc., and Shukri Ahmed, | ) ) ) |
| Plaintiffs, | ) **ORDER** ) ) |
| vs. | ) ) |
| Affordable Housing Developers, Inc., | ) Case No. 1:21-cv-128 ) |
| Defendant. | ) ) |

On April 29, 2022, the court held a status conference with the parties by telephone. Pursuant to its discussion with the parties, the court shall amend the pretrial deadlines as follows:

1. The deadlines for exchanging complete expert witness reports are as follows:

   a. Plaintiffs' Experts - June 24, 2022;

   b. Defendant's Experts - August 8, 2022; and

   c. Rebuttal Experts - August 29, 2022.

2. Discovery depositions of expert witnesses shall be completed by September 26, 2022.

**IT IS SO ORDERED.**

Dated this 3rd day of May, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court