IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| High Plains Fair Housing Center, Inc., and Shukri Ahmed, | ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| Affordable Housing Developers, Inc., | ) ) | Case No. 1:21-cv-128 |
| Defendant. | ) | |

The current deadline to file discovery motions is January 23, 2023. (Doc. No. 27). On January 22, 2023, Plaintiffs filed a motion requesting the court to extend the deadline for filing discovery motions by fourteen days and to schedule a status conference. (Doc. No. 29).

In their motion, Plaintiffs advise the court that his matter may be able to resolve this matter without court involvement by January 30, 2023. (Id.). However, out an apparent abundance of caution, they request that the court extend the deadline to file discovery motions and schedule a status conference as they have a dispute with defendant over the production of electronically stores information.

Defendant has fourteen days in which to file a response to Plaintiffs' motion. D.N.D. Civ. L.R. 7.1(B). Given the present circumstances, the court inclined to simply extend the deadline rather than wait for Defendant to respond. The extension Plaintiffs have proposed is modest. Moreover, the extension should not appreciably prejudice Defendant as the parties still have to participate in a status conference with the court, Plaintiffs still otherwise require the court's permission to file a motion to compel, and Defendant will be afforded an opportunity to respond to any motion to compel filed by Plaintiff. D.N.D. Civ. L.R. 37.1(B).

1

Accordingly, the court **GRANTS** Plaintiffs' instant motion. (Doc. No. 29). The deadline to file discovery motions shall be extended until February 6, 2023. The court shall hold a status conference with the parties on February 1, 2023, at 9:00 AM by telephone. To participate in the conference, the parties should call (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 23rd day of January, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court